## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN THE MATTER OF THE COMPLAINT OF**<br><br>**PEGASUS YACHTS INCORPORATED., as Owner of the M/V TIMELESS,**<br><br>**EMPIRE VENTURES I, LLC, as Owner *pro hac vice /* Bareboat Charterer of the M/V TIMELESS,**<br><br>**-AND-**<br><br>**TIMELESS I, LLC, as Owner *pro hac vice*/Operator of the M/V TIMELESS**<br><br>**FOR EXONERATION FROM OR LIMITATION OF LIABILITY** | **Civil Action No.: 1:25-cv-10587** |

### AMENDED NOTICE OF FILING OF A VERIFIED COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY BEFORE THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**PLEASE TAKE NOTICE THAT** Plaintiffs, PEGASUS YACHTS INCORPORATED, EMPIRE VENTURES I, LLC, and TIMELESS I, LLC, (collectively hereinafter, "Plaintiffs") as registered owner, owner *pro hac vice /* bareboat charter, and owner *pro hac vice* / operator, respectively, of the M/V TIMELESS (Official No.: 1088208), a United States Flagged passenger vessel utilized in the excursion day cruise business in and about New York Harbor (hereinafter referred to as "the Vessel"), have filed a Verified Complaint claiming the right to Exoneration from or Limitation of Liability pursuant to the Shipowner's Limitation of Liability Act of 1851, Title 46 U.S.C. § 30501, *et seq.*, for all claims, damages, personal injury, death, and / or losses arising out of or result from alleged incident on June 21, 2025 following the completion of a day cruise and while attempting to dock at the West Harlem

Piers located in Harlem, New York (the "Incident"), as described in the Verified Complaint, and

**PLEASE TAKE FURTHER NOTICE THAT** all persons, firms, entities or corporations, having any claim or suit against Plaintiffs arising out of or resulting from the Incident must file a Claim as provided in Rule F of the Supplemental Rules for Certain Admiralty and Marine Claims of the Federal Rules of Civil Procedure, with the Clerk of the Court, at the United States Courthouse for the Southern District of New York, located at the Danial Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, and serve on or mail to the Plaintiff's counsel: Gino A. Zonghetti, Esquire, Kaufman Dolowich LLP, 25 Main Street, Suite 500, Hackensack, New Jersey 07601 on or before <u>March 20, 2026</u>, or be defaulted. Personal attendance is not required.

**PLEASE TAKE FURTHER NOTICE THAT** any claimant desiring to contest Plaintiffs' right either to Exoneration from or Limitation of Liability shall file an Answer to the Verified Complaint on or before the aforesaid date as required by Supplemental Rule F of the Federal Rules of Civil Procedure and deliver or mail a copy to the attorneys for Plaintiffs or be defaulted.

Dated: February __6___, 2026

By: _____

Honorable Ronnie Abrams
District Judge
United States District Court
for the Southern District of New York

2