**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN THE MATTER OF THE COMPLAINT OF** <br><br> **PEGASUS YACHTS INCORPORATED., as Owner of the M/V TIMELESS,** <br><br> **EMPIRE VENTURES I, LLC, as Owner *pro hac vice /* Bareboat Charterer of the M/V TIMELESS,** <br><br> **-AND-** <br><br> **TIMELESS I, LLC, as Owner *pro hac vice*/Operator of the M/V TIMELESS** <br><br> **FOR EXONERATION FROM OR LIMITATION OF LIABILITY** | **Civil Action No.: 1:25-cv-10587** |

**AMENDED ORDER RESTRAINING SUITS, APPROVING PLAINTIFFS' SECURITY AND DIRECTING ISSUE OF NOTICE AND FILING OF CLAIMS**

   **WHEREAS,** a Verified Complaint was filed herein on December 20,2025, by the above-named Plaintiffs, PEGASUS YACHTS INCORPORATED, EMPIRE VENTURES I, LLC, and TIMELESS I, LLC, (collectively hereinafter, "Plaintiffs") as registered owner, owner *pro hac vice /* bareboat charter, and owner *pro hac vice /* operator, respectively, of the M/V TIMELESS (Official No.: 1088208) (hereinafter referred to as "the Vessel"), for Exoneration from or Limitation of Liability pursuant to 46 U.S.C. § 30501, *et seq.*, and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure concerning any alleged claims, damages or losses arising out of an incident that occurred aboard the Vessel on or about June 21, 2025, as more fully described in the Complaint:

**WHEREAS**, the Complaint filed by Plaintiffs stated facts and circumstances upon which said Exoneration from or Limitation of Liability are claimed; and

**WHEREAS**, the Complaint established that the value of Plaintiffs' interest in the Vessel and her pending freight, if any, did not exceed Three Million, Seven Hundred Thousand Dollars and 00/100 ($3,700,000)(U.S.) on the close of her voyage; and

**WHEREAS**, Plaintiffs have filed with the Court an Affidavit for Value, dated December 20, 2025, detailing why Plaintiffs' interest in the Vessel is presently Three Million, Seven Hundred Thousand Dollars and 00/100 ($3,700,000)(U.S.), and has filed primary security for limitation for that amount; and

**WHEREAS**, it appears that claims in excess of the Vessel's value may be made against Plaintiffs and / or the Vessel for losses, damages, death and / or injuries alleged to have been sustained during the voyage upon which the Vessel was then engaged; and

**IT IS HEREBY ORDERED** that the above-described *Ad Interim* Stipulation for Value in the sum of Three Million, Seven Hundred Thousand Dollars and 00/100 ($3,700,000)(U.S.), pursuant to 46 U.S.C. §§ 30523, be and are hereby approved; and

**IT IS FURTHER ORDERED** that the Court, only upon motion and good cause shown, shall cause appraisement of the value of the Vessel and may thereupon order said security increased or reduced, if It finds the amount thereof insufficient or excessive; and

**IT IS FURTHER ORDERED** that a Notice shall issue by the Clerk of the Court to all persons asserting claims or suits with respect to which the Complaint seeks Exoneration from or Limitation of Liability admonishing them to file their respective claims with the Clerk of this Court, in writing, and serve on the attorneys for Plaintiffs a copy thereof, **ON OR BEFORE** _____March 20, 2026_____, or be defaulted, and

2

that if any claimant desires to contest either the right to Exoneration from or the right to Limitation of Liability, such claimant shall file and serve on the attorneys for Empire Ventures, LLC, Kaufman Dolowich LLP, 25 Main Street, Suite 500, Hackensack, New Jersey, 07601, an Answer to the Complaint on or before said date (unless the claim has included an Answer to the Complaint, so designated), or be defaulted, and

**IT IS FURTHER ORDERED** that aforesaid hat the aforesaid Notice shall be published in the amNY Metro or similar newspaper with general circulation, once a week for four (4) weeks before the return date of said Notice, as provided by Supplemental Admiralty Rule F and copies of said Notice shall be mailed by Plaintiffs, in accordance with such Rule, to every person known to have made any claim against Plaintiffs and the Vessel, or to its attorneys; and

**IT IS FURTHER ORDERED** that the further prosecution of any and all actions, suits, and proceedings already commenced and the commencement or prosecution hereafter of any and all suits, actions, or proceedings of any nature, and description whatsoever in any Court of any jurisdiction, or otherwise, against Plaintiffs and / or the Vessel, as well as the lawsuits commenced in Supreme Court of the State of New York, County of Queen, Index No.: 726763/2025, on September 12, 2025, captioned, "ANGEL N. REDMOND, Plaintiff, against, NYC CRUISES LLC, EMPIRE CRUISES, LLC and JOHN DOE (first and last name being fictitious and unknown), Defendants" and in in the Supreme Court of the State of New York, County of New York, Index No.: 162267/2025, on September 15, 2025, captioned, "TINA C. THOMAS, Plaintiff, against, NYC CRUISES LLC, EMPIRE CRUISES, LLC and JOHN DOE, first and last name being fictitious, Defendant(s)" and any lawsuits arising out of the Incident and any lawsuits against "NYC Cruises, LLC" and / or "Empire Cruises, LLC" in connection

with claims involving the M/V TIMELESS on or about June 21, 2025, and the taking of any steps and the making of any motion in such actions, suits or proceedings except in this action, to recover damages for or in respect to the aforesaid incident as more fully described in the Complaint be and they hereby are restrained, stayed, and enjoined until the hearing and determination of this action, and all warrants of arrest and/or attachment issued or sought in such other suits, actions, or legal proceedings be and the same are hereby dissolved and further warrants of arrest and/or attachment are hereby prohibited; and

**IT IS FURTHER ORDERED** that service of this Order as a Restraining Order be made through the U.S. Post Office or by Federal Express by mailing a conformed copy hereof to the person or persons to be restrained, or to their respective attorneys.

Dated: February ___6___, 2026

By: _____
Honorable Ronnie Abrams
District Judge
United States District Court
for the Southern District of New York

4