UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

IN THE MATTER OF THE COMPLAINT OF :

PEGASUS YACHTS INCORPORATED, as Owner of the M/V TIMELESS, EMPIRE VENTURES I, LLC, as Owner pro hac vice / Bareboat Charterer of the M/V TIMELESS, -AND TIMELESS I, LLC, as Owner pro hac vice/Operator of the M/V TIMELESS :

---------------------------------------------------------------X

25-CV-10587 (RA) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On September 1, 2026, Petitioners filed a letter motion proposing a protocol for pre-trial settlements and valuation of claims. (Dkt. 111.) No party has filed a response. Accordingly, if any party wishes to respond to the proposal, they shall file a letter of response by **September 16, 2026**.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 11, 2026
New York, New York

Copies transmitted this date to all counsel of record.